JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA CYR,<br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, et al.,<br>Defendants. | 2:23-cv-06286-DSF-RAOx<br><br>JUDGMENT |

Judgment is entered in favor of Plaintiff Laura Cyr on her claim for long-term disability (LTD) benefits under the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. § 1001, et seq., against Defendant Reliance Standard Life Insurance Company (RSL) in accordance with the Court's Findings of Fact and Conclusions of Law After Bench Trial on Administrative Record. Dkt. 157.

RSL is ordered to reinstate Cyr's LTD benefits pursuant to the terms of the ERISA-governed plan (Plan) established by Channel Technologies, Inc. to provide such benefits through the group insurance policy issued by RSL, and to pay Cyr retroactive LTD benefits for the period of June 10, 2021 to August 7, 2026, in the amount of $7,005.54 per month, and continuing subject to the terms of the Plan and the relevant policy.

RSL is further ordered to pay retroactive LTD benefits to Cyr in the amount of $433,876.44, plus prejudgment interest in the amount of $47,982.26, for the period from June 10, 2021 to August 7, 2026. The Court also orders RSL to pay $233.52 per day in LTD benefits and $47.56 per day in prejudgment interest to Cyr for the period from August 7, 2026 through the date of entry of this Judgment.

Accordingly, the judgment in favor of Cyr, including prejudgment interest, is $481,858.70, plus any additional amounts that may become due and payable from August 7, 2026 through the date of entry of this Judgment. Thereafter, postjudgment interest shall accrue on the Judgment at the rate prescribed by 28 U.S.C. § 1961(a) from the date of entry of this Judgment until the Judgment is paid in full.

Judgment is further entered in favor of Defendants with respect to Plaintiff's Second Cause of Action for breach of fiduciary duty consistent with the Court's order granting summary judgment as to that claim.

Date: August 26, 2026

Dale S. Fischer
United States District Judge